UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

      -against-                      20-CV-7532 (CM)

UNITED STATES DISTRICT JUDGE          CIVIL JUDGMENT
KENNETH M. KARAS,

                Defendant.

Pursuant to the order issued October 5, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 5, 2020
             New York, New York

                                              COLLEEN McMAHON
                                            Chief United States District Judge